No. 79–5725. WILLERS v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 79–5726. DAVIS v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 79–5762. MALONEY v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 79–5769. DALL v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 79–5842. BROWN v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 79–5851. ALSTON v. UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 79–5864. EVANS v. STEPHENSON ET AL. C. A. 4th Cir. Certiorari denied.

No. 79–5894. CHAPMAN v. JAGO, CORRECTIONAL SUPERINTENDANT. C. A. 6th Cir. Certiorari denied.

No. 79–5917. HUNT v. GREENBERG, DISTRICT ATTORNEY OF ALBANY COUNTY, ET AL. C. A. 2d Cir. Certiorari denied.

No. 79–5918. TINDER v. SISTER ROSE PAULA ET AL. C. A. 1st Cir. Certiorari denied.

No. 79–5934. MILLER v. WYRICK, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 79–5936. HENTGES v. TORAL. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 79–5939. SHAFFNER v. WADE ET AL. C. A. 6th Cir. Certiorari denied.

No. 79–5950. CAMPBELL ET AL. v. UNITED STATES. C. A. 8th Cir. Certiorari denied.